# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, <br><br> Plaintiff, <br><br> v. <br><br> R. PEREZ and W. SILLAS, <br><br> Defendants. | Case No. 1:16-cv-01220-LJO-EPG (PC) <br><br> ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE <br><br> (ECF NO. 25) |

Gregory C. Bontemps ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 4, 2018, the Court issued an order revoking Plaintiff's *in forma pauperis* status and ordering Plaintiff to pay the $400.00 filing fee in full within thirty days if he wanted to proceed with this action. (ECF No. 25). The Court warned Plaintiff that "[f]ailure to pay the filing fee within thirty days from the date of service of this order will result in the dismissal of this action."[1] (Id. at 2).

The thirty-day period has expired and Plaintiff has failed to pay the $400 filing fee.

Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice.

IT IS SO ORDERED.

   Dated: __**November 9, 2018**__       __/s/ Lawrence J. O'Neill__
                                                             UNITED STATES CHIEF DISTRICT JUDGE

---

[1] Plaintiff appealed the order (ECF No. 28), but his appeal has been dismissed and the mandate has issued (ECF No. 34).